**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**



**CHANGE OF ADDRESS FORM**

This form is to be used to **change** the address of a party to a bankruptcy or an adversary proceeding ONLY.  A debtor who wishes to **add** a creditor not previously listed in his schedules must file an Amendment to Schedule D, E & F and submit a fee of $26.00.

Debtor's name: _____ Case number:_____

Party's name/type: _____
(Example: John Smith, creditor)

       Old address:   _____
                              _____
                              _____

       New address:   _____
                              _____
                              _____

       New phone no.:_____

I hereby certify under penalty of perjury that the above information is correct.  If a debtor, I am aware that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  _____      _____
                                                                             Signature